```
                                            FILED IN THE
                                          UNITED STATES
                                        BANKRUPTCY COURT

                                        2010 JUL 28  A 11: 22

                                         DISTRICT OF UTAH
                                              MAIL
```

J. Kevin Bird (3992)
BIRD & FUGAL
Attorneys for Trustee
Lincoln Square
384 East 720 South, #201
Orem, UT 84058
(801) 426-4700

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

\* \* \* \* \* \* \* \*

| | |
|---|---|
| IN RE | Case No. 09-28980 JTM |
| DWIGHT KIDD | Chapter 7 |
| Debtor (s) | NOTICE OF PAYMENT OF FUNDS INTO THE REGISTRY |

\* \* \* \* \* \* \* \*

J. Kevin Bird, the duly appointed, qualified and acting trustee of the above-referenced chapter 7 proceeding ("Trustee") hereby gives notice to the Court of payment of funds into the registry of the Court. In support thereof, the Trustee represents as follows:

1. On July 23, 2010, J. Kevin Bird, Trustee made the final distribution in the above-referenced proceeding.

2. The Trustee's proposed distribution contained three (3) claims which were under $5.00.

3. The funds are on deposit with Bank of America, Account No. 4437569987.

4. The Trustee hereby notifies the Court of the payment of the following claim to the registry:

|  |  |
|---|---|
| Claim No.: | 3 |
| Claimant: | Mountain West Anesthesia<br>PO Box 3570<br>Salt Lake City, UT 84110-3570 |
| Claim Amount: | $173.59 |
| Distribution: | $4.45 |
| Claim No.: | 4 |
| Claimant: | Mountain West Anesthesia<br>PO Box 3570<br>Salt Lake City, UT 84110-3570 |
| Claim Amount: | $42.48 |
| Distribution: | $1.09 |
| Claim No.: | 7 |
| Claimant: | Cottonwood Pathology: Robert G. Lovell<br>PO Box 1442<br>Provo, UT 84603 |
| Claim Amount: | $47.84 |
| Distribution: | $1.22 |

5. Checks in the amounts of $4.45, $1.09 and $1.22 representing the foregoing claims have been made payable to Clerk, U.S. Bankruptcy Court for the District of Utah and are enclosed herein.

DATED: 7-26-2010

J. Kevin Bird, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I am a member or employee of the law firm of BIRD & FUGAL and in that capacity I served, or caused to be served, a true and correct copy of the Notice of Payment of Funds into the Registry on the following, by depositing the same in the U.S. Mail, postage prepaid, on the 27th day of July, 2010:

MOUNTAIN WEST ANESTHESIA
PO BOX 3570
SALT LAKE CITY, UT 84110-3570

COTTONWOOD PATHOLOGY: ROBERT G. LOVELL
PO BOX 1442
PROVO, UT 84603

*Melanie Villeuama*